## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

*Brian Browning, Individually and on behalf of the Station Casinos LLC & Affiliates 401(k) Retirement Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan*

                     *Plaintiff(s)*

                                    *VS.*                              **Case No: 2:26-cv-00603**

*Station Casinos LLC, et al.*

                     *Defendant(s)*

### DECLARATION OF SERVICE

I, Gregory Brown, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint with Appendix A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/6/2026 at 12:17 PM, I served Station Casinos LLC at 1505 South Pavilion Center Drive, Las Vegas, Nevada 89135 with the Summons and Class Action Complaint with Appendix A by serving James Tracy, Managing Agent, authorized to accept service.

James Tracy is described herein as:

Gender:  *Male*    Ethnicity:  *Caucasian*    Age:  *60s*    Weight:  *240*        Height:  *5'8"*        Hair:  *Brown/Gray*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>03/09/2026</u>

                                              Gregory Brown

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 250925121911*
*Job #:15360878*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Nevada

| | |
|---|---|
| BRIAN BROWNING, Individually and on behalf of the Station Casinos LLC & Affiliates 401(k) Retirement Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan <br> *Plaintiff(s)* <br> v. <br> STATION CASINOS LLC; John and Jane Does 1-30 in their capacities as fiduciaries <br> *Defendant(s)* | Civil Action No.  2:26-cv-603 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STATION CASINOS LLC
1505 S PAVILION CENTER DR
LAS VEGAS, NV, 89135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Hilton Wise
WISE LAW FIRM, PLC
335 W. 1st Street
Reno, NV 89503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: ___3/4/2026_____        _____
*Signature of Clerk or Deputy Clerk*