**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BROWNING, Individually and on behalf of the Station Casinos LLC & Affiliates 401(k) Retirement Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan, <br><br> Plaintiff, <br><br> v. <br><br> STATION CASINOS LLC, John and Jane Does 1–30, in their capacities as fiduciaries, <br><br> Defendants. | Case No. 2:26-cv-00603-MMD-NJK <br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendant Station Casinos LLC ("Defendant"), by and through counsel, and Plaintiff Brian Browning ("Plaintiff") (together with Defendant, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Defendant to answer or otherwise respond to

Plaintiff's Complaint. Specifically, it is hereby stipulated by and between the Parties that Defendant shall have a 33-day extension up to and including April 29, 2026, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant was served with the Summons and Complaint on March 6, 2026, making its responsive pleading currently due on March 27, 2026.

2. Defense counsel was recently retained and is still in the process of investigating Plaintiff's allegations, which involve claims for breach of fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") with respect the target-date fund investments offered in the Station Casinos LLC & Affiliates 401(k) Retirement Plan. Defendant anticipates filing a motion to dismiss Plaintiff's Complaint, but requires additional time to prepare the motion and supporting suggestions.

3. The Parties have agreed to extend the deadline for Defendant to respond to the Complaint to by 33 days, until April 29, 2026, to allow Defendant sufficient time to prepare a motion and address the allegations within the Complaint.

4. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6 (b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

7. Nothing in this Stipulation shall operate to waive, relinquish, or impair any defense, objection, or right of any party in this case. Further, nothing in this Stipulation shall be construed as an admission or consent to the merit or validity of any claim, defense, objection, or right by any party in the case.

Dated: March 24, 2026

/s/ Alexander Rudenco

**WISE LAW FIRM, PLC**

David Hilton Wise, Esq.
Nevada State Bar No. 11014
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284

Alexander Rudenco, Esq. (admitted *pro hac vice*)
Millberg, PLLC
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Telephone: (863) 247-0080
arudenco@millberg.com

*Attorneys for Plaintiff and the Prospective Class*

/s/ Diana G. Dickinson

**LITTLER MENDELSON, P.C.**

Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770

**MAYER BROWN LLP**

Richard E. Nowak, Esq. (*pro hac vice forthcoming*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8314
rnowak@mayerbrown.com

D. Matthew Moscon, Esq. (*pro hac vice forthcoming*)
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com

*Attorneys for Defendant*
*STATION CASINOS, LLC*

**IT IS SO ORDERED.**

Dated: March 25, 2026

_____
UNITED STATES MAGISTRATE JUDGE

4857-3076-0012.1 / 107811-1026

3