David Hilton Wise Esq.,
Nevada State Bar No. 11014
**WISE LAW FIRM**
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284
dwise@wiselaw.pro

Alexandr Rudenco (admitted *pro hac vice*)
adrudenco@milberg.com
**MILBERG PLLC**
800 South Gay Street
Knoxville, TN 37929
Telephone: (963) 243-0080

*Counsel for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BROWNING, Individually and on behalf of the Station Casinos LLC & Affiliates 401(k) Retirement Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS LLC, John and Jane Does 1-30, in their capacities as fiduciaries<br><br>Defendants. | Case No. 2:26-cv-00603-MMD-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND DEFENDANT'S REPLY<br><br>(FIRST REQUEST) |

Plaintiff Brian Browning (Plaintiff") by and through Counsel, and Defendant Station Casinos LLC ("Defendant") (together with Plaintiff, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, filed on April 29, 2026 (ECF No. 20), and for Defendant to file its reply. Specifically, it is hereby stipulated by and between the Parties that Plaintiff shall have a 16-day extension up to and

1

including May 29, 2026, in which to file their response to Defendant's Motion and that Defendant shall have a 14-day extension up to and including June 91, 2026, in file to file its reply. This Stipulation is submitted and based upon the following:

1.      Plaintiff was served with the Defendant's Motion to Dismiss on April 29, 2026, making its responsive pleading currently due on May 13, 2026.

2.      Defendant's 24-page motion to dismiss includes complex arguments which implicate breach of fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") and numerous calculations with respect the target-date fund investments offered in the Station Casinos LLC & Affiliates 401(k) Retirement Plan. The Motion is accompanied by 106 pages of declarations and exhibits. Plaintiff requires additional time to prepare the response in opposition and Defendant requires additional time for its reply.

3.      The Parties have agreed to extend the deadline for Plaintiff to respond to the Motion to Dismiss by 16 days, until May 29, 2026, to allow Plaintiff sufficient time to research and address the arguments in Defendant's Motion and the required analysis of the exhibits attached thereto.

4.      In accordance with Local Rule 7-2(b), if the Court grants Plaintiff's request for additional time, Defendant's deadline to file a reply in support of the Motion to Dismiss will be June 5, 2026. The Parties have agreed to extend the deadline for Defendant to file a reply in support of the Motion to Dismiss by 14 days, to June 19, 2026, to allow Defendant sufficient time to address the arguments in Plaintiff's opposition.

5.      Given the nature of the claims and the complexity of the arguments, as described above, good cause exists to grant the requested extensions.

6.      This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss and for Defendant to file its reply in support of the Motion to Dismiss.

2

7.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6 (b)(1).

8.    This Stipulation is made in good faith and not for the purpose of delay.

Dated this 4th day of May, 2026.

WISE LAW FIRM

/s/ David Hilton Wise
David Hilton Wise Esq.,
Nevada State Bar No. 11014
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284

MILBERG PLLC

Alexandr Rudenco Esq. (admitted *pro hac vice*)
800 South Gay Street
Knoxville, TN 37929
Telephone: (963) 247-0080
arudenco@milberg.com

*Attorneys for Plaintiff and the Prospective Class*

LITTLER MENDELSON

/s/ Diana G. Dickinson
Patrick H. Hicks, Esq
Nevada State Bar No. 4632
Diana G Dickinson, Esq.
Nevada State Bar No. 13477
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770


MAYER BROWN LLP

Richard E Nowak, Esq. (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312)701-8314
rnowak@mayerbrown.com

D. Matthew Moscon, Esq. (admitted *pro hac vice*)
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscone@mayerbrown.com

*Attorneys for Defendant Station Casinos, LLC*


**IT IS SO ORDERED**

Dated :___May 5, 2026_____

_____
UNITED STATES DISTRICT JUDGE

3