Richard E. Nowak (*admitted pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8314
rnowak@mayerbrown.com

D. Matthew Moscon (*admitted pro hac vice*)
Michael R. Menssen (*admitted pro hac vice*)
**MAYER BROWN LLP**
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com
mmenssen@mayerbrown.com

Patrick H. Hicks, Esq. Bar No. 004632
Diana G. Dickinson, Esq. Bar No. 13477
**LITTLER MENDELSON P.C.**
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89113-4770
Telephone: (702) 862-8800
phicks@littler.com
ddickinson@littler.com

*Attorneys for Defendant Station Casinos, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brian Browning, Individually and on behalf of the Station Casinos LLC & Affiliates 401(k) Retirement Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan,<br><br>Plaintiff,<br><br>v.<br><br>Station Casinos LLC; John and Jane Doe 1–30 in their capacities as fiduciaries,<br><br>Defendants. | Case No. 2:26-cv-00603-MMD-NJK<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF MICHAEL R. MENSSEN** |

**PLEASE TAKE NOTICE** that, in accordance with LR IA 11-6(b), all parties stipulate that Michael R. Menssen of the law firm Mayer Brown LLP may and hereby does withdraw as attorney of record in the above-captioned case for Defendant Station Casinos, LLC, as he is leaving Mayer Brown. Defendant will continue to be represented by the other attorneys who have appeared

on its behalf in this case. Plaintiff's counsel agreed to this stipulation via email on September 21, 2026.

Dated this 21, day of September, 2026. .

Respectfully submitted,

MAYER BROWN LLP

/s/ *Michael R. Menssen*
D. Matthew Moscon (*admitted pro hac vice*)
Michael R. Menssen (*admitted pro hac vice*)
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com
mmenssen@mayerbrown.com

Richard E Nowak (*admitted pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312)701-8314
rnowak@mayerbrown.com

LITTLER MENDELSON

Patrick H. Hicks, Esq
Nevada State Bar No.4632
Diana G Dickinson, Esq.
Nevada State Bar No.13477
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770

*Attorneys for Defendant Station Casinos, LLC*

**IT IS SO ORDERED**

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2026