**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brian Browning, et al.,
Plaintiffs,
v.
Station Casinos LLC,
Defendant.

Case No. 2:26-cv-00603-MMD-NJK

**Order**

[Docket Nos. 37, 35]

Pending before the Court is Defendant Station Casinos, LLC's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 37; *see also* Docket No. 20 (motion to dismiss). Plaintiff Brian Browning filed a response in opposition. Docket No. 24. Defendant filed a reply. Docket No. 25. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

A stay pending resolution of a motion to dismiss is warranted when the motion is potentially dispositive, it can be decided without discovery, and the Court has taken a preliminary peek at the merits of the motion and is convinced it will be granted. *Kor Media Grp. v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). The Court finds that the circumstances here justify a stay.[1]

[1] Conducting the preliminary peek puts a magistrate judge in an awkward position and is not intended to prejudice the outcome of the underlying motion. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). As such, the Court will not provide discussion of the merits of the motion to dismiss.

Accordingly, the motion to stay discovery is **GRANTED**. Docket No. 37. The Court stays discovery pending the ruling on the motion to dismiss at Docket No. 20. The joint proposed discovery plan is **DENIED** as moot. Docket No. 35. In the event the motion to dismiss at Docket No. 20 is not granted in full, the parties must file an amended joint proposed scheduling order no later than seven days after the issuance of the order resolving.

IT IS SO ORDERED.

Dated: September 24, 2026

Nancy J. Koppe
United States Magistrate Judge